WESTERN AND ATLANTIC RAILROAD COMPANY *v.* STRICKLAND.

LEWIS, J. The uncontradicted evidence being to the effect that the plaintiff's mare, hitched to a dray, was left standing in a public street with the bridle-rein thrown loosely over a hitching-post; that, for some reason not disclosed by the record, the animal ran away in the direction of the railroad-track of the defendant company and dashed into the side of a moving train which was at the time passing over the railroad-crossing, and there being no evidence of any negligence on the part of the defendant's employees in charge of the train,

contributing to the damage, a verdict in favor of the plaintiff was contrary to law and the evidence and should have been set aside on motion for a new trial. See *Georgia Southern & Florida R. Co.* v. *Williams*, 98 *Ga.* 253 ; *Central of Georgia R. Co.* v. *Neidlinger*, 110 *Ga.* 329.

*Judgment reversed. All the Justices concurring.*

Argued October 12, — Decided November 7, 1901.

Action for damages. Before Judge Harris. City court of Cartersville. April 15, 1901.

*Payne & Tye* and *J. M. Neel*, for plaintiff in error.
*John T. Norris*, contra.